IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| VONTRICE MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-009 |
| | ) | |
| ELECTROLUX HOME PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The Court **GRANTS** the Joint Motion to Stay, (doc. no. 18), and **STAYS** case deadlines pending mediation through and including August 29, 2023.  The parties shall advise the Court as to the status of the case by no later than September 5, 2023, and, if the case is not resolved, the Court imposes the following deadlines:

| | |
|---|---|
| CLOSE OF DISCOVERY | November 6, 2023 |
| JOINT STATUS REPORT[1] | November 6, 2023 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | December 6, 2023 |

All provisions of the prior Scheduling Orders, (doc. nos. 11, 17), not revised herein shall remain in full force and effect.

SO ORDERED this 8th day of August, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.  Any extension of the discovery period automatically extends the Joint Status Report deadline.